**STATE of Missouri, Respondent,**

v.

**Scott Alan VICK, Appellant.**

**WD 78842**

Missouri Court of Appeals, Western District.

Order filed: June 6, 2017

Application for Transfer to Supreme Court Denied June 29, 2017

Nathan J. Aquino, for Respondent.

Damien B. De Loyola, for Appellant.

Before Division One: Gary D. Witt, Presiding Judge, Alok Ahuja, Judge and Edward R. Ardini, Jr., Judge

## ORDER

PER CURIAM:

Scott A. Vick appeals his convictions following a bench trial for one count of second-degree statutory rape and one count of second-degree statutory sodomy. Vick received consecutive seven-year sentences for each offense. Finding no error, we affirm. Because a published opinion would have no precedential value, a memorandum of law has been provided to the parties. Affirmed Missouri Supreme Court Rule 30.25(b).